**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
             *Plaintiff-Appellee,*

v.

ANGELICA LOPEZ,
             *Defendant-Appellant.*

No. 05-50415

D.C. No.
CR-04-01648-BTM

ORDER

Filed September 11, 2006

Before: Mary M. Schroeder, Chief Judge.

---

**ORDER**

SCHROEDER, Chief Judge:

Upon the vote of a majority of nonrecused regular active judges of this court it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.